RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
SHREVEPORT. LOUISIANA
DATE ___1 / 25 / 07___

# UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF LOUISIANA

# SHREVEPORT DIVISION

UNITED STATES

versus

PAUL EMMETT FAZANDE, JR.

CRIMINAL ACTION NO. 05-50101-01
JUDGE TOM STAGG

## O R D E R

Before the court is a "Rule 35 Motion" filed by the United States, requesting a departure from the sentencing guidelines based on the defendant's substantial assistance. Record Document 31.

**IT IS ORDERED** that the government's motion (Record Document 31) is **GRANTED**.

**IT IS FURTHER ORDERED** that Paul Emmett Fazande's sentence is hereby amended to seventy-eight months.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, this 25th day of January, 2007.

JUDGE TOM STAGG

1